# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN HOLLWAY | : | |
|    Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | NO.: 18-1625 |
| | : | |
| NARRAGANSETT BAY INSURANCE CO., | : | |
|    Defendant. | : | |

## ORDER

**AND NOW**, this 17th day of October, 2018, upon consideration of the Parties' October 15, 2018 Settlement Conference with United States Magistrate Judge Lynne A. Sitarski, it is hereby **ORDERED** that the above referenced matter is **DISMISSED WITH PREJUDICE AND WITHOUT COSTS** pursuant to the agreement of counsel and in accordance with Local Rule 41.1(b).[1]

The Clerk of Court is directed to close this matter for statistical and all other purposes.

BY THE COURT:

/s/ C. Darnell Jones, II

C. DARNELL JONES, II      J.

---

[1] Upon notification that the parties have reached a settlement, courts in this district may enter a dismissal order under Local Rule 41.1(b), even if an agreement has not yet been executed or reduced to writing. *See Total Facility, Inc. v. Dabek*, No. 14-cv-5324, 2016 WL 7450465, at *1, n. 2 (E.D. Pa. Dec. 28, 2016). Local Rule 41.1(b) extends the Court's jurisdiction over the settlement process for ninety days; this Court does not retain jurisdiction beyond that ninety-day period. *See Preitz v. Am. Airlines, Inc.*, No. 11-cv-44, 2017 WL 118092 (E.D. Pa. Jan. 11, 2017).